**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leanna Smith,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Barrow Neurological Institute of St. Joseph's Hospital and Medical Center, et al.,<br><br>　　　　Defendants. | No. CV 10-01632-PHX-FJM<br><br>**ORDER** |

We have before us plaintiff's motion for leave to file a response to defendants' motion for summary judgment and controverting statement of facts under seal because these documents discuss rulings of the juvenile court. (Doc. 144).

There is a "strong presumption in favor of access" to court records. Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006). To overcome this burden, a party seeking to seal a judicial record "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." Id. at 1178-79 (brackets, internal quotation marks, and citations omitted).

Juvenile court records and proceedings are generally confidential. See, e.g., A.R.S. § 8-208(F) ("Except as otherwise provided by law, the records of an adoption, severance or dependency proceeding shall not be open to public inspection."); § 8-537(A) (excluding general public from termination adjudication hearing). Public policy favors the protection

1 of minors' privacy in such matters. Compelling reasons exist for sealing these documents.

2 **IT IS ORDERED GRANTING** plaintiff's motion to file under seal (doc. 144).

3 DATED this 31st day of May, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -