**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leanna Smith, ) | No. CV 10-01632-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Barrow Neurological Institute, et al., ) | |
| ) | |
| Defendants. ) | |

We have before us plaintiff's motion to file under seal her response to defendants' motion for summary judgment (doc. 287). A party seeking to seal records must provide compelling reasons which outweigh the general history of access and public policies favoring disclosure. Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010).

Plaintiff requests that her response be filed under seal because the exhibits consist of juvenile court records, a police report involving allegations defendants made to Child Protective Services ("CPS"), and deposition transcripts of CPS workers. Public policy favors the protection of minors' privacy. Indeed, juvenile court records and proceedings are generally confidential. See, e.g., A.R.S. §§ 8-208(F), 8-537(A). Records relating to investigations conducted by Child Protective Services are confidential. A.R.S. § 41-1959(A). Therefore, compelling reasons exist for sealing plaintiff's response.

**IT IS ORDERED GRANTING** plaintiff's motion to file her response to defendants' motion for summary judgment under seal (doc. 287).

DATED this 31st day of October, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge