**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leanna Smith, ) | No. CV 10-01632-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Barrow Neurological Institute, et al., ) | |
| Defendants. ) | |

We have before us plaintiff's motion to file under seal her reply in support of plaintiff's motion to strike Exhibit "A" (doc. 323). No response has been filed. A party seeking to seal records must provide compelling reasons which outweigh the general history of access and public policies favoring disclosure. Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010).

Plaintiff requests the sealing of her reply because it contains and discusses evidence and exhibits that consist of juvenile court records, police reports, and Child Protective Services (CPS) reports. Public policy favors the protection of minors' privacy. Indeed, juvenile court records and proceedings are generally confidential. See, e.g., A.R.S. §§ 8-208(F), 8-537(A). Records relating to investigations conducted by CPS are confidential. A.R.S. § 41-1959(A). Therefore, compelling reasons exist for sealing plaintiff's motion.

**IT IS ORDERED GRANTING** plaintiff's motion to file her reply under seal (doc. 323).

DATED this 14th day of January, 2013.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge